FILED
CLERK
10:54 am, Aug 06, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

ROBERT MORGAN,

Plaintiff,

- against -

NORTHSTART LOCATION SERVICES, LLC,

Defendant.

---------------------------------------------------------X

**JUDGMENT**
CV 18-2485 (ADS)(AKT)

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on August 1, 2019, granting the Defendant's motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Amended Complaint in its entirety, dismissing the Amended Complaint with prejudice; and respectfully directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that the Plaintiff Robert Morgan take nothing of Northstart Location Services, LLC; that Defendant's motion to dismiss the Amended Complaint in its entirety is granted; that the Amended Complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
August 6, 2019

DOUGLAS C. PALMER
CLERK OF THE COURT
By: /s/ Chelsea Tirado
Deputy Clerk